IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>vs.<br><br>JESSE NERI,<br><br>              Defendant. | 8:21CR13<br><br>ORDER |

**THIS MATTER** is before the court on the motion of William J. Bianco to withdraw as counsel for the defendant, Jesse Neri (Filing No. 26). Joseph L. Howard has filed an entry of appearance as retained counsel for Jesse Neri. Therefore, William J. Bianco's motion to withdraw (Filing No. 26) will be granted.

William J. Bianco shall forthwith provide Joseph L. Howard any discovery materials provided to the defendant by the government and any such other materials obtained by William J. Bianco which are material to Jesse Neri's defense.

The clerk shall provide a copy of this order to Joseph L. Howard.

**IT IS SO ORDERED.**

Dated this 28th day of January, 2021.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge