IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiffs,<br><br>    vs.<br><br>OSWALDO NERI,<br><br>                Defendant. | 8:21-CR-13<br><br>ORDER ON MOTION TO PROCEED IN FORMA PAUPERIS |

This matter is before the Court on Defendant's Motion to Proceed In Forma Pauperis in which he requests that the Court permit him to proceed *in forma pauperis* while appealing his conviction. Filing 159. Pursuant to Federal Rule of Appellate Procedure 24(a), the Court has reviewed the financial affidavit submitted by Defendant in support of his Motion. Having reviewed that information, the Court finds that Defendant qualifies for *in forma pauperis* status regarding his appeal of his conviction. Accordingly,

IT IS ORDERED that Defendant's Motion to Proceed In Forma Pauperis, Filing 159, is granted, and Defendant may proceed *in forma pauperis* during his appeal.

Dated this 13th day of September, 2022.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge